

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Karl J. Amelang, Ameland Partners and EGN Investments II LP v.
                         Harris County Appraisal District

Appellate case number:   01-20-00623-CV

Trial court case number: 2017-58211

Trial court:             190th District Court of Harris County

      Appellants' motions for rehearing and for en banc reconsideration filed on November 7, 2022, are DENIED. It is so ORDERED.

Judge's signature:  _/s/ Richard Hightower_____
                 Acting for the Court

Date:  _January 19, 2023_____

The panel consists of Justices Landua, Hightower, and Rivas-Molloy.

The en banc court consists of Chief Justice Terry Adams and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.